IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :    CRIMINAL ACTION
              v.                  :
                                  :    NO. 06-700-1
JEFFREY RIGGINS                   :

**<u>ORDER</u>**

AND NOW, this 9th day of March, 2022, it is hereby ORDERED that the Emergency

Motion of Defendant Jeffrey Riggins to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)

(Document No. 126) is DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,          C.J.